AUSA: Diane Princ Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint Task Force Officer: McKailey B. Scott Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Christopher Thomas Mertens

Case No. 2:26−mj−30641

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 12, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2243(b) | Travel with Intent to Engage in Illicit Sexual Conduct. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

McKailey B. Scott, Task Force Officer-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature: Elizabeth A. Stafford]
*Judge's signature*

Date: October 13, 2026

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, McKailey B. Scott, a Task Force Officer with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a police officer for the City of Livonia since May of 2018. I am currently assigned to the Detective Bureau – Special Victims Unit, where I have been for five years. Additionally, I have been appointed as a special deputy U.S. Marshal with the Southeast Michigan Trafficking and Exploitation Crimes (SEMTEC) Task Force of the Federal Bureau of Investigations.

2. While employed by the City of Livonia as both a uniformed and plain clothes officer, I have personally investigated numerous cases of crimes against children and sexual offenses. While working with the FBI, I have assisted in investigations related to sexual exploitation of children. I have gained experience through my training at the police academy, post academy training, and everyday work related to conducting these type of investigations.

3. I have received training in the area of child exploitation and sex offenses. Moreover, I am a federal law enforcement officer who is

engaged in enforcing criminal laws, including 18 U.S.C. § 2423(b). I am authorized by law to request an arrest warrant.

4. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Christopher Thomas MERTENS (DOB: xx/xx/1970) for a violation of 18 U.S.C. § 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct).

5. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Police Officer.

6. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that MERTENS has violated the above offense.

**PROBABLE CAUSE**

7. As part of my duties, I am assigned to the Livonia

Undercover Resistance to Exploitation Unit (LURE). The unit focuses on identifying and prosecuting child predators. As part of my role in LURE, I maintain several undercover profiles on various social media and dating applications. Specific to this case, I have an account on the dating application Taimi. The undercover account utilizes an AI generated image of a teenage-appearing male with the name "Caleb". There is no age listed on the profile.

8. On September 23, 2026, I received a message through Taimi from an unknown user named "Chris," hereby referred to as S1. S1's profile included several photographs depicting someone who was a middle-aged white male. S1 began talking with Caleb. Posing as Caleb, I requested S1 move the conversation from Taimi to a text messaging application and provided S1 a phone number. S1 indicated he would message via WhatsApp, a messaging platform.

9. A short time later, I received a WhatsApp message from (xxx) xxx-8181. The contact included a profile picture which appeared to match the photographs associated with "Chris" on Taimi. In Image 1

below, S1 messages in white (left) and Caleb messages in green (right).[1]

<u>Image 1</u>




10. A few minutes into the conversation S1 asked me/Caleb their age to which Caleb responded, "15". S1 responded by indicating he was interested and becoming aroused.

---

[1] MERTENS's phone number and picture are purposefully redacted from the images in this complaint.

11. I identified S1 as Christopher Thomas MERTENS utilizing various law enforcement tools including: Law Enforcement Information Network (LEIN), Thomson Reuters CLEAR (phone number), and Clearview AI (facial recognition).

12. Over the next several days, MERTENS engaged Caleb in numerous sexually explicit conversations. MERTENS indicated several times that he wanted to have sex with affiant/Caleb. The attached screenshots display portions of these conversation. For reference, MERTENS's messages are in white (left), Caleb's conversations are in green (right). See Images 2, 3, and 4.

Image 2




Image 3




Image 4




13. MERTENS sent several photographs to me/Caleb of his erect penis, as well as a video of him masturbating while at work. MERTENS also indicated that he works for a local high school doing maintenance.

14. MERTENS indicated he has a home in Michigan but presently resides in Chicago for work. He advised me that he frequently travels to Michigan and could meet with me/Caleb during one of his trips.

15. On September 26, 2026, MERTENS informed Caleb that he

had Columbus Day, Monday, October 12, 2026, off work. MERTENS suggested meeting that day since he would have the time to make the trip. See below excerpts (Images Five and Six):

<table>
<tr><th><u>Image 5</u></th><th><u>Image 6</u></th></tr>
<tr><td>
</td><td>
</td></tr>
</table>

16. Affiant utilized LEIN to locate a suspect vehicle for MERTENS; a 2008 Ford Escape registered to MERTENS (Michigan Registration xxx553). Affiant utilized Flock to confirm that this vehicle is consistently in the Chicago area. The 2008 Ford Escape will hereby be referred to as C1.

17. Over the next several days MERTENS and myself/Caleb spoke and confirmed their plans to meet for sexual relations on October 12, 2026. A meet spot was agreed upon after Caleb suggested MERTENS park at Beverly Park, where Caleb would meet him. From there, they could walk to Caleb's house together while his parents were away at work.

18. On October 12, 2026, I utilized Flock to confirm that C1 was still in the Chicago area. At approximately 0700 hours the vehicle hit on a Flock camera traveling eastbound I-94 near Gary, Indiana. Approximately 30 minutes later, the vehicle hit on a Flock camera on eastbound I-94 near Michigan City, Indiana.

19. MERTENS messaged me that he was on his way and would be at the meet spot around 1030 hours. At approximately 0945 hours on October 12, 2026, members of the Livonia Detective Bureau established surveillance in the area of the meet location. At approximately 1015 hours MERTENS arrived at the designated meeting spot in C1. He messaged me/Caleb that he had arrived. MERTENS was taken into police custody after he exited his vehicle.

20. Affiant attempted an interview with MERTENS at the Livonia Police Department at approximately 1200 hours. Affiant read MERTENS his *Miranda* Warnings verbatim from a departmental form. He indicated he understood his rights and signed the form. MERTENS invoked his right to a lawyer and the interview was concluded.

21. At approximately 1400 hours, jail attendants notified me that MERTENS wanted to speak with me. I read MERTENS his *Miranda* Warnings again, he confirmed he understood his rights, and indicated he wanted to talk with me.

22. MERTENS admitted to reaching out to Caleb on the dating application Taimi before speaking with him on WhatsApp. MERTENS confirmed he continued to engage in sexually explicit conversations with Caleb after learning that he was speaking with a 15-year-old male. MERTENS confirmed that he drove to the meeting spot this morning, from Chicago, Illinois, for the purpose of engaging in sexual relations with who he believed to be a 15-year-old male. MERTENS also admitted to sending several nude images to me/Caleb, who he believed to be a 15-year-old male. Finally, MERTENS confirmed that he works at a high school in the Chicago, Illinois area.

**CONCLUSION**

23. Probable cause exists that Christopher Thomas MERTENS is in violation of 18 U.S.C. § 2243(b) (Travel with Intent to Engage in Illicit Sexual Conduct).

Respectfully submitted,

McKailey B. Scott, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date: October 13, 2026